PEOPLE *v.* SQUIRES. Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J. Submitted Division 1 September 14, 1971, at Grand Rapids. (Docket No. 11264.) Decided September 30, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas M. Khalil,* Assistant Prosecuting Attorney, for the people.

*Charles Rubinoff,* for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

MEMORANDUM OPINION. Defendant was convicted by the court sitting without a jury of larceny from the person. Defendant was placed on three years probation, the first six months to be served in the Detroit House of Correction. Defendant was at all times represented by counsel.

Defendant appeals as of right. The people have filed a motion to affirm the conviction and sentence.

Upon study of the briefs and records, it is manifest that the issues raised on appeal are so unsubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.